UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JUL 21 PM 5:05

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Magistrate Case No. |
| Plaintiff, | ) 08 MJ 2224 | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| Adan LOPEZ-Martinez, | ) | Title 8 U.S.C., Sec. 1324 (a)(2)(B)(iii) Bringing in Illegal Aliens Without Presentation |
| Defendant(s) | ) | |

The undersigned complainant, being duly sworn, states:

On or about **July 19, 2008,** within the Southern District of California, defendant **Adan LOPEZ-Martinez**, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that aliens, namely, **Griselda HERRERA-Mejia, Sonia GARCHUZO-Pina, and Roberto Alejo URES,** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said aliens and upon arrival did not bring and present said aliens immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Andrew Kahl W-422
SIGNATURE OF COMPLAINANT
Andrew Kahl
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **21st** DAY OF **JULY 2008**

Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Adan LOPEZ-Martinez

## PROBABLE CAUSE STATEMENT

Furthermore, the complainant states that **Griselda HERRERA-Mejia, Sonia GARCHUZO-Pina, and Roberto Alejo URES** are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On July 19, 2008, at approximately 11:30 p.m., Border Patrol Agent A. Furet Jr. responded to a call from the Remote Video Surveillance System (RVSS) operator of a large group of suspected illegal-entrant aliens moving north through the grate at the north side of a drainage tube, known to Border Patrol agents as the "Washer Woman's" tube. It should be noted that this tube allows water flow and run-off from the United States to Mexico and that the northern terminus of the tube is within the United States, north of the secondary border fence, while the southern end is south of the primary border fence, in Mexico. The "Washer-Woman's" area and the surrounding canyon complex are notorious for the presence of illegal-entrant aliens.

Upon responding to the area north of the "Washer Woman's grate", Agent Furet observed a total of eighteen individuals lying in the brush, in an apparent attempt to avoid being seen. Agent Furet approached the subjects and identified himself as a Border Patrol Agent and questioned them as to their immigration status. All eighteen subjects admitted to being undocumented aliens and that they were illegally present in the United States. Amongst those detained was a group of six individuals, including one individual later identified as the defendant **Adan LOPEZ-Martinez.** The defendant and four of the individuals all stated that they were undocumented aliens from Mexico and that they had just entered the United States illegally. One individual stated that he was an undocumented alien from Argentina and that he had just entered the United States illegally. After searching the surrounding area, agents located seven more undocumented aliens from Mexico. All twenty-five individuals, including the defendant, were placed under arrest and transported to the Imperial Beach Border Patrol Station for further processing.

## DEFENDANT STATEMENT:

Defendant **Adan LOPEZ-Martinez** was advised of his Miranda rights in the Spanish language which he understood and was willing to answer questions without the presence of an attorney. LOPEZ stated that he is an undocumented Mexican national and that he does not have any documents allowing him to be in the United States legally. LOPEZ stated that he had been ordered deported by an immigration judge. LOPEZ stated that he is known by the moniker "El Chango". LOPEZ stated that he had in fact been smuggling a group of three undocumented aliens when he was arrested, but stated that all three smuggled aliens had absconded and escaped apprehension. LOPEZ stated he was at a party in Tijuana, Mexico when a "Linea Trece" gang member called "El Tortugo" told him that they had cut upon one of the drainage tubes leading into the United States and that he had some illegal aliens for LOPEZ to smuggle into the United States. LOPEZ stated that he agreed and that he was to have been paid $300.00 (USD) for each alien he successfully smuggled into the United States. LOPEZ stated that he understood the three male Mexican nationals he was to smuggle did not have documents allowing them to enter the United States legally. LOPEZ stated that he led three undocumented aliens through a drainage tube and told them to follow him and where to go. LOPEZ said that he heard the Border Patrol agents on ATVs approaching, and then told the aliens to hide. LOPEZ said that the three persons whom he had been smuggling ran away and escaped, and that he was caught because he has a bad leg. LOPEZ said that he had been working as a foot guide since he was 8 years of age.

**CONTINUATION OF COMPLAINT:**
**Adan LOPEZ-Martinez**

## MATERIAL WITNESSES STATEMENTS:

Material witnesses **Griselda HERRERA-Mejia and Sonia GARCHUZO-Pena** stated that they are citizens and nationals of Mexico illegally present in the United States. Material Witness **Roberto Alejo URES** stated he is citizen and national of Argentina illegally present in the United States. All three material witnesses admit to entering the United States illegally and stated that they were to pay a smuggling fee to be smuggled into the United States. Material witnesses HERRERA, GARCHUZO and URES were shown a set of 25 color photographs, of all twenty-five detained individuals, and identified defendant **Adan LOPEZ-Martinez** as the foot guide.