✎AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

| | |
|---|---|
| | /s/ ERICA K. ZUNKEL |
| Date | Signature |
| | Print Name                    Bar Number |
| | Address |
| | City          State          Zip Code |
| | Phone Number                  Fax Number |

**ERICA K. ZUNKEL**
California State Bar No. 229285
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: erica_zunkel@fd.org

Attorneys for Adan Lopez-Martinez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE LEO S. PAPAS)**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08MJ2224 |
| Plaintiff, ) | |
| v. ) | **CERTIFICATE OF SERVICE** |
| ADAN LOPEZ-MARTINEZ, ) | |
| Defendant. ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

U.S. Attorney CR
Efile.dkt.gc2@usdoj.gov; and

Jonathan D. Frank
greencirclej@netscape.net,greencirclej@gmail.com

                        Respectfully submitted,

DATED:    July 24, 2008             /s/ Erica K. Zunkel
                                       **ERICA K. ZUNKEL**
                                         Federal Defenders of San Diego, Inc.
                                         Attorneys for Adan Lopez-Martinez