UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff )<br>)<br>)<br>vs. )<br>)<br>ADAN LOPEZ-MARTINEZ )<br>)<br>Defendant(s) )<br>) | CRIMINAL NO. 08CR2592-W<br>08mj2224<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,   **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed /(Order of Court).)

GRISELDA HERRERA-MEJIA

DATED: 8/7/8

Leo S. Papas
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____   OR
   DUSM

W. SAMUEL HAMRICK, JR.  Clerk
by _____
   Deputy Clerk

**J. JARABEK**