Case 3:08-cr-02592-W   Document 17   Filed 08/07/2008   Page 1 of 1

5

AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | **WAIVER OF INDICTMENT** |
|---|---|
| v. | |
| ADAN LOPEZ-MARTINEZ | CASE NUMBER: 08CR2592-W |

I, ADAN LOPEZ-MARTINEZ, the above-named defendant, who is accused of committing the following offenses:

Bringing in Illegal Aliens and Aiding and Abetting, in violation of Title 8, U.S.C., Secs. 1324(a)(1)(A)(i) and (v)(II),

being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on 8-7-2008 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

ADAN Lopez Martinez
Defendant

_____
Defense Counsel

Before _____
Judicial Officer



FILED
AUG 7 2008
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY